UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

MARIBEL ORTEGA,

Civil Action No.: 7:20-cv-9515-CS

Plaintiff,

**ORDER TO PRODUCE
MEDICAL IMAGING STUDIES**

- against -

UNIVERSAL COAST TRANSPORTATION, LLC and
DAVID GEORGE WILLIAMS,

Defendants.

-----------------------------------------------------------------------x

Pursuant to the application of GALLO VITUCCI KLAR LLP, counsel for Defendants

UNIVERSAL COAST TRANSPORTATION, LLC and DAVID GEORGE WILLIAMS in the

above-captioned action, and following a conference between the parties and this Court on January

11, 2022, it is hereby

**ORDERED** that St. John's Riverside Hospital is to furnish a CT scan of plaintiff

MARIBEL ORTEGA's cervical spine, dated August 6, 2021, and an MRI of plaintiff MARIBEL

ORTEGA's cervical spine, dated August 6, 2021, including the films thereof, to the law office of

GALLO VITUCCI KLAR LLP, located at 100 Crossways Park West, Suite 305, Woodbury, New

York, 11797, no later than **January 18, 2022**.

Dated: January 11, 2022
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.