```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARIBEL ORTEGA,

                        Plaintiff,

          -against-

UNIVERSAL COAST TRANSPORTATION, LLC,
and DAVID GEORGE WILLIAMS,,

                        Defendants.
-------------------------------------------------------------X

20 **CIVIL** 9515 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED,** That pursuant to the Court's Order dated November 9, 2022, the verdict having been set aside on consent, judgment is entered for Defendants and the case is closed.

**DATED:** New York, New York
             November 15, 2022

                                                   **RUBY J. KRAJICK**
                                                    Clerk of Court

                              BY:

                                                    **Deputy Clerk**